UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO RODRIGUEZ,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

Case No. 1:08-CV-716

Hon. Gordon J. Quist

# ORDER AND JUDGMENT
# APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 24, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 24, 2009, is approved and adopted as the opinion of the Court. The Commissioner's decision is **affirmed**.

This case is **concluded**.

Dated: August 14, 2009

       /s/ Gordon J. Quist
       GORDON J. QUIST
       UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did attempt to file his own objection, *pro se*, even though he is represented by counsel. The Court rejected Plaintiff's proposed filing in an Order entered on August 11, 2009, on the basis that Plaintiff is represented by counsel and any filings should be through his counsel. Even if the Court had accepted Plaintiff's proposed objection, it would still adopt the Report and Recommendation as Plaintiff merely presented a blanket objection without identifying the particular portion of the Report and Recommendation Plaintiff believes is erroneous or the reasons for such belief.